**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **TRISTAN TANNER,** ) | |
| ) | **CIVIL ACTION NO.** |
| Plaintiff, ) | **3:24-CV-00273-VAB** |
| ) | |
| v. ) | |
| ) | |
| **EQUIFAX INFORMATION** ) | |
| **SERVICES LLC, et al.,** ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tristan Tanner ("Plaintiff") and Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., and National Credit Systems, Inc., by and through their undersigned counsel, hereby stipulate and agree that all claims raised by Plaintiff against all Defendants in the above-captioned matter are dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED: November 11, 2024          Respectfully submitted,

*/s/ Joseph L. Gentilcore*
Joseph L. Gentilcore, Esq.
*Admitted Pro Hac Vice*
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone:    (215) 735-8600
Facsimile:    (215) 940-8000
Email:        jgentilcore@consumerlawfirm.com
ATTORNEYS FOR PLAINTIFF

*/s/ Matthew B. Johnson*
Mathew B. Johnson (ct30765)
MESSER STRICKLER BARNETTE, LTD.
49 West Jericho Turnpike, # 1004
Huntington, New York 11746
Ph: 646.718.4403
mbjohnson@messerstrickler.com
ATTORNEYS FOR DEFENDANT
NATIONAL CREDIT SYSTEMS, INC.

*/s/ Randi L. Halbert*
Randi L. Halbert (CT #410786)
Email:  rhalbert@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York  10018
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
COUNSEL FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC

*/s/ Ann H. Rubin*
Ann H. Rubin, Esq.
CARMODY TORRANCE
SANDAK & HENNESSEY LLP
50 Leavenworth Street
Waterbury, CT 06702
T: 203-578-4201
E: arubin@carmodylaw.com
ATTORNEYS FOR DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.